**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

February 15, 2012

BY FAX
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Application granted*
*So Ordered*
*2/22/12  s/CBA*

Re: United States v. Anthony Calabrese
    12 Cr 050 (S-1) (CBA)

Dear Chief Judge Amon:

I am the attorney for Anthony Calabrese. Mr. Calabrese was released on a $1.5 million Bond in this matter, secured by real property, together with a condition, among others, that he be placed on house arrest with an electronic monitoring bracelet. Mr. Calabrese, who suffers from Multiple Sclerosis, is presently permitted to leave his residence for attorney visits, doctor visits, to go to the gymnasium, and to pick-up his children from school.

Mr. Calabrese's daughter, Nicolette, age 15, is scheduled to be operated on for the removal of a tumor on February 27, 2012. The operation will be performed that day by Dr. Cynara Coomer, Chief of Breast Surgery at Staten Island University Hospital, located at 256 Mason Avenue, Staten Island, New York.

1

By this letter, I am respectfully requesting that Mr. Calabrese be permitted to accompany his daughter to the hospital that day and remain there with her until she is discharged. Barring unforseen circumstances, Nicolette should be released the same day.

The government and Pretrial Services have both consented to this request.

>Respectfully submitted,
>
>/JRF/
>
>James R. Froccaro, Jr.

JRF:tp

2