**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

FILED
MAR - 9 2012

March 6, 2012

BY FAX & ECF
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Application granted.

So Ordered

s/CBA

3/7/12

Re: United States v. Anthony Calabrese
12 Cr 050 (S-1) (CBA)

Dear Chief Judge Amon:

I am the attorney for Anthony Calabrese. Mr. Calabrese was released on a $1.5 million Bond in this matter, secured by real property, together with a condition, among others, that he be placed on house arrest with an electronic monitoring bracelet. Mr. Calabrese, who suffers from Multiple Sclerosis, is presently permitted to leave his residence for attorney visits, doctor visits, to go to the gymnasium daily, and to pick-up his children from school.

By this letter, I am respectfully requesting that Mr. Calabrese be permitted to leave his residence this Friday evening, March 9th at 7:00 p.m. to attend his son, Peter's, basketball game. His son, Peter, age 13, was one of the few students selected, among many, to participate in a student vs. faculty basketball game at Tottenville High School, located at

1

100 Luten Avenue, in Staten Island.

  Pretrial Services has consented to this request and the government is taking no position.

        Respectfully submitted,

          /JRF/

        James R. Froccaro, Jr.

JRF:tp