**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

March 16, 2012

BY FAX & ECF
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Application granted.*

*So Ordered*

s/CBA

3/20/12

Re: United States v. Anthony Calabrese
12 Cr 050 (S-1) (CBA)

Dear Chief Judge Amon:

I am the attorney for Anthony Calabrese. Mr. Calabrese was released on a $1.5 million Bond in this matter, secured by real property, together with a condition, among others, that he be placed on house arrest with an electronic monitoring bracelet. Mr. Calabrese, who suffers from Multiple Sclerosis, is presently permitted to leave his residence for attorney visits, doctor visits, to go to the gymnasium daily, and to pick-up his children from school.

By this letter, I am respectfully requesting that Mr. Calabrese be permitted to leave his residence next Wednesday, March 21, 2012, for a noon haircut at the French Twist Salon, located at 55 Page Avenue in Staten Island.

1

The government and Pretrial Services have both consented to this request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:tp

2