**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

March 29, 2012

BY FAX & ECF
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Anthony Calabrese
       12 Cr 050 (S-1) (CBA)

Dear Chief Judge Amon:

  Mr. Calabrese was released on a $1.5 million Appearance Bond in this matter, secured by real property, together with a condition, among others, that he be placed on house arrest with an electronic monitoring bracelet. Mr. Calabrese, who suffers from Multiple Sclerosis, is presently permitted to leave his residence for attorney visits, doctor visits, to go to the gymnasium daily, and to pick-up his children from school.

  By this letter, I am respectfully requesting that Mr. Calabrese be permitted to leave his residence on Easter Sunday, April 8, 2012, for the following reasons. First, to attend the 1:00 p.m. Mass with his family at St. Joseph's Church, located at 150 Maguire Avenue in Staten Island. Second, that he be permitted to go directly from church with his family to his mother's residence, located at 271 Lamoka Avenue in Staten Island.

1

And, last, that he be permitted to go out to eat at 4:00 p.m. with his family at a local restaurant, Giovanni's, located at 3830 Richmond Avenue in Staten Island.

In all, Mr. Calabrese would be leaving his residence on Easter Sunday at 12:30 p.m., and returning home by 7:00 p.m.

The government and Pretrial Services have consented to these requests.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:tp