**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

April 17, 2012

BY FAX & ECF
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Anthony Calabrese
12 Cr 050 (S-1) (CBA)

Dear Chief Judge Amon:

     Mr. Calabrese was released on a $1.5 million Appearance Bond in this matter, secured by real property, together with other conditions, including that his travel be restricted to the Eastern and Southern Districts of New York.  By this letter, I am respectfully requesting that Mr. Calabrese's Bond be modified as follows.  Namely, that be permitted to travel to State of New Jersey for the sole purpose of visiting with his wife Andrea's family members at the residences set forth below.

    1.  The primary and summer residences of his in-laws, Joseph and Barbara Ciccone, located at 2 Dawnwinds Drive, Lakewood, New Jersey, and 1000 N. Bay Avenue, Beach Haven, New Jersey, respectively;

1

2.  The residence of his sister in-law and brother in-law, Kim and Raymond Kuczera, located at 66 Cumberland Drive, Brick, New Jersey; and

3.  The residence of his brother in-law and sister-in-law, Joseph and Caryn Ciccone, located at 13 Floyd Wykoff Drive, Morganville, NJ.

The government and Pretrial Services have both consented to this request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:tp