**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

May 7, 2012

**BY FAX & ECF**
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Application granted*

*So Ordered / s/CBA*
*5/7/12*

Re: <u>United States v. Anthony Calabrese</u>
    12 Cr 050 (S-1) (CBA)

Dear Chief Judge Amon:

    Mr. Calabrese was released on a $1.5 million Appearance Bond in this matter, secured by real property, together with other conditions, including that his travel be restricted to the Eastern and Southern Districts of New York. He is also now permitted to travel to certain locations in the State of New Jersey.

    Mr. Calabrese and his wife, Andrea, have been invited to attend a surprise 50th wedding anniversary party for an aunt and uncle, Mary Ann and Peter Ciccone. The party is at 6:00 p.m. on May 19, 2012, at the Ciccone's daughter's residence, located at 89 Onyx Place in Matawan, New Jersey. By this letter, I am respectfully requesting that Mr. Calabrese be permitted to attend the party with his wife.

1

The government and Pretrial Services have both consented to this request.

                    Respectfully submitted,

                    /JRF/

                    James R. Froccaro, Jr.

JRF:tp