**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

June 26, 2012

BY FAX & ECF
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Anthony Calabrese
             12 Cr 050 (S-1) (CBA)

Dear Chief Judge Amon:

     When Mr. Calabrese entered a plea of guilty before Your Honor on April 6, 2012, his sentencing was scheduled by the Court for July 25, 2012, at 9:30 a.m.. At the time, I was unaware that my wife had scheduled a family vacation with our three children from July 20 to July 27, 2012. I am, therefore, respectfully requesting that Mr. Calabrese's sentencing be adjourned to a date the following week, the week of July 30th, at a date and time that is convenient for the Court.

     The PSI Report was previously ordered by Your Honor to be disclosed by June 27, 2012. The defendant's sentencing submission was ordered to be submitted by July 11, 2012, and the government's response by July 18, 2012. I am not asking to alter that schedule by this short adjournment request.

1

The government has consented to this request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:tp