**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

July 16, 2012

BY FAX & ECF
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

              Re:  United States v. Anthony Calabrese
                      12 Cr 050 (S-1) (CBA)

Dear Chief Judge Amon:

     Mr. Calabrese is presently released on a $1.5 million secured Appearance Bond, with standard conditions, except he has a no-contact list.  His travel is presently limited to the Eastern and Southern Districts of New York, and he is also permitted to travel to the homes of a number of his wife's relatives in the State of New Jersey.   Mr. Calabrese has at all times been compliant with the terms of his release.

     By this letter, I am respectfully requesting that Mr. Calabrese be permitted to travel on July 28, 2012, along with his wife and four children, to the home of Carmine and Theresa Martino, located at 40 Topaz Drive, in Freehold, New Jersey.  The Martino's, who are close friends, are having a graduation party that day for their daughter, who is off to college in a few weeks on a full scholarship.

      The government and Pretrial Services Office have both consented to this request.

                Respectfully submitted,

                        /JRF/

                James R. Froccaro, Jr.

JRF:tp